**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nathaniel A. Morton<br>Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>Movant<br>vs.<br><br>Nathaniel A. Morton<br>Debtor(s)<br><br>Kenneth E. West<br>Trustee | CHAPTER 13<br><br><br><br><br>NO. 26-13104 DJB |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about October 7, 2026.

Dated: October 14, 2026

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
MSoboleski@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Nathaniel A. Morton**<br>**Debtor(s)**<br><br>**M&T Bank**<br>**Movant**<br>**vs.**<br><br>**Nathaniel A. Morton**<br>**Debtor(s)**<br><br>**Kenneth E. West**,<br>**Trustee** | **BK NO. 26-13104 DJB**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 15, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Nathaniel A. Morton
5318 Delmar Drive
Clifton Heights, PA 19018

Attorney for Debtor(s) (via ECF)
Stephen Matthew Dunne
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Method of Service: electronic means or first-class mail

Dated: October 15, 2026

**/s/ Maggie Soboleski**
Maggie Soboleski
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
MSoboleski@kmllawgroup.com